IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02074-BNB

LUKE AMMON OF PREACHER,

    Applicant,

v.

JOHN W. SUTHERS, Attorney General,
SEAN JANSON, Lt. of SHU,
LT. J. D. WALTERS,
LT. SHIPMAN,
RANDY DAVIS,
A. W. FOX,
CAPTAIN KRIST, and
LT. C. RIVERS,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2009

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Applicant initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the conditions of his confinement and seeking damages as relief. In an order filed on August 31, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Applicant to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Applicant to file a Prisoner Complaint and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Applicant was warned that the application would be denied and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Applicant has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's August 31 order. Therefore, the application will be denied and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the application for a writ of habeas corpus is denied and the action is dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 21 day of Oct, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02074-BNB

Luke Preacher
Reg No. 10312-023
US Penitentiary MAX
P.O. Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/21/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk